HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLOTTE AND EARL SOLIE,

                  Plaintiffs,

  v.

DAVE KREBS, SEATTLE MORTGAGE,

                  Defendants.

No. CV11-5592RBL

ORDER

This matter is before the Court on Plaintiffs' Motion for Default, [Dkt. #5], Defendants' Motion to Dismiss [Dkt. #8], and Plaintiffs' "Stipulation of Dismissal" [Dkt. #10].

Plaintiffs' Motion for Default is DENIED. Plaintiffs' "Stipulation" does not reflect that it was signed by any Defendant, and is therefore not a stipulation. It also contains a reference to tolling the limitations period, but contains a blank for the period of tolling.

The Defendants' Motion to Dismiss is well taken, and that Motion is GRANTED for the reasons articulated therein. Tolling of the limitations period on Plaintiffs' claims, if any, is governed by 28 U.S.C. §1367(d).

**IT IS SO ORDERED.**

Dated this 9th day of November, 2011.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1